## (October 14, 1958)

In the Matter of the Accounting of IRVING R. ROSENTHAL, PUBLIC ADMINISTRATOR OF KINGS COUNTY, as Administrator of the Estate of HARRY C. SMITH, Deceased, Respondent; LEROY SMITH et al., Appellants.— Motion to

dismiss appeals granted, without costs, and appeals dismissed. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.